**FILED**

OCT 1 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 Sheila M. Salomon, SBN 164619
Andrew L. Chang, SBN 222309
2 SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
3 San Francisco, California 94104-2828
Telephone:  (415) 544-1900
4 Facsimile:  (415) 391-0281
E-mail:  ssalomon@shb.com
5          achang@shb.com

6 Attorneys for Plaintiffs
CAPITOL RECORDS, INC.; ARISTA RECORDS LLC; ATLANTIC RECORDING CORP.; UMG
7 RECORDINGS, INC.; AND ELEKTRA ENTERTAINMENT GROUP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRYAN J. BURDICK,<br><br>Defendant. | Case No. C-05-2584 PVT<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BRYAN J. BURDICK** |

1

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. C 05-2584 PVT

93900V1

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs CAPITOL RECORDS, INC.;
2 | ARISTA RECORDS LLC; ATLANTIC RECORDING CORP.; UMG RECORDINGS, INC.; and
3 | ELEKTRA ENTERTAINMENT GROUP INC. (hereinafter "Plaintiffs") hereby voluntarily dismiss
4 | previously named Defendant Bryan J. Burdick.

5 | Plaintiffs' causes of action against Defendant Bryan J. Burdick are hereby voluntarily
6 | dismissed without prejudice.

Dated: October 18, 2005

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:   /s/ Andrew L. Chang
SHEILA M. SALOMON
ANDREW L. CHANG

Attorneys for Plaintiffs
CAPITOL RECORDS, INC.; ARISTA
RECORDS LLC; ATLANTIC RECORDING
CORP.; UMG RECORDINGS, INC.; AND
ELEKTRA ENTERTAINMENT GROUP INC.

10/19/05

IT IS SO ORDERED

U.S. DISTRICT JUDGE